COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        In re Matthew G. Dilick, East Bissonett Ltd., East Bissonett
                            GP, Inc., and Flat Stone II Ltd.

Appellate case number:      01-14-00667-CV

Trial court case number:    2010-20973

Trial court:                234th District Court of Harris County

On August 11, 2014, relators, Matthew G. Dilick, East Bissonett, Ltd., East Bissonett GP, Inc., and Flat Stone II Ltd., filed a petition for writ of mandamus challenging the trial court's orders denying relators' motions for leave to designate responsible third parties and for severance. The Court requests a response to the petition for writ of mandamus from the real parties in interest. It is **ordered** that the response of any interested party, if any, shall be due no later than Tuesday, September 2, 2014.

It is so ORDERED.

Judge's signature: /s/ Chief Justice Sherry Radack
                   ☒ Acting individually    ☐ Acting for the Court

Date: August 12, 2014